UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARSHA SANTOS,

    Plaintiff,

v.	Case No: 2:15-cv-359-FtM-CM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

# ORDER

Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 25), filed on April 25, 2016. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings. Plaintiff does not oppose the motion. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Unopposed Motion for Entry of Judgment with Remand (Doc. 25) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to:

    a. Evaluate the evidentiary record;

    b. Further evaluate Plaintiff's mental impairments in accordance with the special technique described in 20 C.F.R. §§ 404.1520a, 416.920a;

    c. Reassess Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations in accordance with 20 C.F.R. §§ 404.1545, 416.945 and SSR 96-8p;

    d. If warranted, obtain evidence from a vocational expert in accordance with the applicable regulations; and

    e. Take any further action necessary.

2. The Clerk shall enter judgment accordingly and close the file

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of April, 2016.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record